UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80124-DAMIAN/MATTHEWMAN

UNITED STATES OF AMERICA

vs.

CHARLES EDISON TATUM,

Defendant.
_____/

FILED BY ___SW___ D.C.

Jan 17, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

### FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and Defendant Charles Edison Tatum, (hereinafter "Defendant") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt as to Count 3 of the Indictment charging the defendant with Distribution of a Controlled Substance (Methamphetamine), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii):

### Elements

**First**:  That the Defendant knowingly and intentionally distributed a controlled substance;

**Second**: That the controlled substance was a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers; and

**Third**:  The weight of the mixture and substance containing a detectable amount methamphetamine, its salts, isomers, and salts of its isomers the Defendant distributed was 50 grams or more.

### Facts

1. On two separate occasions, February 12, 2024 and April 11, 2024, the defendant met with a DEA undercover agent (UC), who was equipped with an audio and video recording device, for the purpose of distributing narcotics to the UC. On February 12, 2024, the defendant sold approximately 4.1404 grams of 3,4-Methylenedioxymethamphetamine (MDMA) to the UC at a

1

parking lot in Riviera Beach, Florida. On April 11, 2024, the defendant sold approximately 1.53 grams of crack cocaine to the UC at the same location of the previous narcotics transaction.

2. Between April 11, 2024, and June 5, 2024, the defendant and the UC exchanged multiple recorded phone calls regarding a multiple ounce sale of crystal methamphetamine. On June 5, 2024, the defendant and the UC agreed to meet at the same location as the prior narcotics transactions in Riviera Beach, Florida. Later that day, the UC arrived at the location and the defendant arrived shortly thereafter. During the meeting, the defendant sold two ounces of crystal methamphetamine to the UC in exchange for $1,300. The methamphetamine purchased from the defendant was tested by the DEA Southeast Laboratory and confirmed to be methamphetamine with a net weight of 55.47 grams and 98% purity.

3. All events occurring in the Southern District of Florida.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

1/17/25
DATE

By: BRIAN D. RALSTON
ASSISTANT UNITED STATES ATTORNEY

12/31/24
DATE

By: PETER BIRCH
COUNSEL FOR DEFENDANT

12/31/24
DATE

By: CHARLES EDISON TATUM
DEFENDANT